UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda Thompson, individually and on
behalf of all others similarly situated,
Jean Mykleby, individually and on
behalf of all others similarly situated

        Plaintiffs,                          Civil No. 05-2232 (RHK/JSM)

vs.                                      **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

R.J. Reynolds Tobacco Company,
Brown & Williamson Tobacco Corporation,
Brown & Williamson Tobacco USA, Inc.,
Reynolds American, Inc.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 27, 2005

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge